UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RANDA A. HUSAIN, on behalf of
herself and those similarly situated,

      Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.;
and JOHN DOES 1 to 10.

      Defendants.

Case No.:   2:22-cv-4450

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Convergent Outsourcing, Inc. ("COI"), by its attorney, hereby removes this action from the Essex County Superior Court, State of New Jersey, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant states as follows:

1. Plaintiff Randa A. Husain, originally commenced this action by filing a Summons and Complaint against Defendant in the Essex County Superior Court, State of New Jersey, where it is presently captioned as *Randa A. Husain, on behalf of herself and those similarly situated v. Convergent Outsourcing, Inc.; and John Does 1 to 10,* Docket No.: ESX-L-3175-22. No further proceedings before the State court have occurred.

2. In the Complaint, plaintiff alleges a statutory cause of action against Defendant. A true and correct copy of the State Court record is attached hereto as Ex. "A."

3. Plaintiff accuses Defendant of violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* Plaintiff has also alleged state law causes of action.

4. Defendant received Plaintiff's Complaint on or about June 9, 2022.

5. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded upon a claim or right arising under the laws of the United States. This Court has supplemental jurisdiction over plaintiff's joined state claims, pursuant to 28 U.S.C. § 1441(c).

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Defendant received Plaintiff's Complaint. See 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Essex County Superior Court, State of New Jersey. *See* Ex. "B."

8. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant Convergent Outsourcing, Inc. gives notice that this action is removed from the Essex County Superior Court, State of New Jersey, to the United States District Court for the District of New Jersey.

Dated: July 6, 2022                    Respectfully submitted

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ  08822-4938
Telephone No.: (908) 237-1660
Facsimile No.: (877) 334-0661

*Attorney for Defendant,*
*Convergent Outsourcing, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of New Jersey, and served via CM/ECF and U.S. Mail upon the following:

Yongmoon Kim, Esq.
Kim Law Firm LLC
411 Hackensack Avenue, Suite 701
Hackensack, NJ  07601
*Attorneys for Plaintiff*

By: /s/ Aaron R. Easley
Attorney for Defendant,
Convergent Outsourcing, Inc.